**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Donald James Seger |
| Debtor 2 (Spouse, if filing) | Sandra Lee Seger |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-06266 |

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR1

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  4 7 2 0

**Property address:** 8901 Timbers Pointe Dr E
Number    Street

Tinley Park, IL 60487-8627
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 / 01 / 2018
                                                              MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                      (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ _____

c. **Total.** Add lines a and b.                                                 (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/___
                                                                              MM / DD / YYYY

Form 4100R                          Response to Notice of Final Cure Payment                     page 1

| Debtor 1 | Donald James Seger, Sandra Lee Seger | Case number (if known) | 13-06266 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael Dimand
Signature

Date 04/03/2018

Print: Michael Dimand
First Name    Middle Name    Last Name

Title: Attorney for Claimant

Company: The Wirbicki Law Group, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 33 W. Monroe Street, #1140
Number    Street

Chicago, IL 60603
City    State    ZIP Code

Contact phone ( 312 ) 360 - 9455

Email bankruptcyfilings@wirbickilaw.com